**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CHRISTINE HARRIS, on behalf of herself and
All others similarly situated consumers,

                    Plaintiff,

        - against -

EXPERIAN INFORMATION SOLUTIONS, INC,
NORDSTROM, INC., and TD BANK USA

                  Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV 21-4839 (GRB)(AYS)

        An Order Dismissing Case of Honorable Gary R. Brown, United States District Judge,

having been filed on September 2, 2021, dismissing this case without prejudice to filing in

another forum, if appropriate, and directing the Clerk to close this case, it is

        **ORDERED AND ADJUDGED** that plaintiff Christine Harris take nothing of defendants

Experian Information Solutions, Inc., Nordstrom, Inc., and TD Bank USA; that this case is

dismissed without prejudice to filing in another forum, if appropriate; and that this case is closed.

Dated: September 7, 2021
       Central Islip, New York

                             DOUGLAS C. PALMER
                             CLERK OF THE COURT
              BY:   /S/ JAMES J. TORITTO
                             DEPUTY CLERK